IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN BUTLER | : |
| | : CIVIL ACTION |
| v. | : No. 13-0014 |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, et al. | : |

**ORDER**

AND NOW, this 13th day of May, 2014, upon consideration of the motion of defendants Kelvin Healey, Kimberly Barkley, Brenda Goodall, Jason Lambrino and Parole Officers Haile and Prenapt (Dkt. No. 13) to dismiss plaintiff Calvin Butler's amended complaint (Dkt. No. 8) and plaintiff's response thereto (Dkt. No. 21), it is ORDERED that the motion is GRANTED and plaintiff's complaint is DISMISSED.

It is FURTHERED ORDERED that on or before May 27, 2014, plaintiff is permitted to file a second amended complaint that provides allegations sufficient to support his claims consistent with the accompanying memorandum of law.

_/s/ T. N. O'Neill_
THOMAS N. O'NEILL, JR., J.